# Restricted Filing of Complaint

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01251

SHANNON LUCAS,

Plaintiff,

v.

The BOARD OF COUNTY COMMISSIONERS OF THE COUNTY FOR LARIMER COUNTY COLORADO; a governmental entity;
COLORADO DEPARTMENT OF CORRECTIONS,
LARIMER COUNTY COMMUNITY CORRECTIONS BOARD,
LARIMER COUNTY COMMUNITY CORRECTIONS,
LARIMER COUNTY SHERIFFS OFFICE,
RICK RAEMISCH, Executive Director Colorado Department of Corrections, in his individual and official capacities,
TIM HAND; Director Larimer, County Community Corrections, in his individual and official capacities;
JUSTIN SMITH, Larimer County Sheriff, in his individual and official capacities;
DANA HERSCH, Assistant Director, Larimer County Community Corrections, in her individual and official capacities;
MASON KOPP, Program Team Lead, Larimer County Corrections, in his individual and official capacities;
GWEN ASH, Program Case Manager, Larimer County Community Corrections, in her individual and official capacities;
ERIN CALDWELL, Program Team Lead, Larimer County Community Corrections, in her individual and official capacities,
LAUREN HAND, Staff Member, Larimer County Community Corrections, in her individual and official capacities,

Defendants.