IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01251-RMR-SKC

SHANNON LUCAS,

    Plaintiff,

v.

The BOARD OF COUNTY COMMISSIONERS OF THE COUNTY FOR LARIMER COUNTY COLORADO; et al;

    Defendants.

---

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITS IN THEIR REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

---

Defendants respectfully request that this Court allow the Defendants to exceed the page limitations set by Section IV(C)(2) of RMR Practice Standards in their Reply in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint by not more than two pages, and for good cause state as follows:

**Certification under D.C.Colo.LCivR. 7.1(a).** Counsel for Defendants has conferred counsel for Plaintiffs on the relief requested herein and Plaintiff opposes the relief requested herein.

1. The deadline for Defendants to file their Reply in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint is today, October 8, 2021.

2. Defendants filed their Motion to Dismiss Plaintiff's Third Amended Complaint [ECF No. 121] on September 3, 2021.

1

3. Plaintiff filed her Response to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [ECF 123] on September 24, 2021.

4. Despite diligent efforts, counsel is unable to meet the established 10-page limitation for Defendants' Reply brief under Section IV(C)(2) of RMR Practice Standards, given the number of issues and assertions to be addressed in response to Plaintiff's Response to the Motion to Dismiss. Notably, Plaintiff has raised arguments against dismissal of their 1st Amendment retaliation claim as precluded under *Heck v. Humphrey*, 512 U.S. 477 (1994), and *Edwards v. Balisok*, 520 U.S. 641 (1997). Defendants did not anticipate in making these arguments in their initial motion when Plaintiff never previously raised those arguments in this litigation and were not identified within Judge Martinez's prior dismissal order. *Compare* [ECF 123] at 6-10 *with* [ECF 84] at 8 *and* [ECF 101] at 11-17. Defendants seek to properly respond to those new arguments alongside the numerous other issues and assertions raised by the Response, but that they believe in good faith requires additional pages within their Reply beyond 10-pages. Thus, Defendants seek an Order permitting them to exceed their 10-page limit by no more than two (2) pages.

5. As stated above, Defendants believe good cause exists to grant the request to exceed the page limitation for their Reply in Support of Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.

WHEREFORE, as stated above, Defendants' request leave to file no more than two pages in excess of their page limit on their Reply in Support of their Motion to Dismiss Plaintiff's Third Amended Complaint.

Dated this 8th day of October, 2021.

                                               *s/David M. Goddard*
                                               David M. Goddard
                                               Michael T. Lowe
                                               Daniel A. Jacobs
                                               Bruno, Colin & Lowe, P.C.
                                               1999 Broadway, Suite 4300
                                               Denver, CO  80202
                                               Telephone:  (303) 831-1099
                                               Facsimile:   (303) 831-1088
                                               dgoddard@brunolawyers.com
                                               mlowe@brunolawyers.com
                                               djacobs@brunolawyers.com
                                               *Attorneys for Defendants in their official and individual capacities*


                                               *s/David P. Ayraud*
                                               David P. Ayraud
                                               224 Canyon Ave., Suite 200
                                               P.O. Box 1606
                                               Ft. Collins, CO 80522
                                               Telephone: 970-498-7450
                                               Telefax: 970-498-7430
                                               Email:  dayraud@larimer.org
                                               *Attorney for Defendants in their official capacities*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2021, a true and correct copy of the foregoing **DEFENDANTS' MOTION TO EXCEED PAGE LIMITS IN THEIR REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** was filed electronically via the CM/ECF system. Which will serve the following:

Jill M Jackson
Law Office of Jill M Jackson
3801 E Florida Avenue, Ste 400
Denver, CO 80210
E-mail: jill@jilljacksonlaw.com

Benjamin W. Hartford
The Law Office of Benjamin Hartford LLC
650 S. Cherry St., Suite 1225
Glendale, CO 80246
Email: bhartford@gmail.com

Jaime N. Cowan
The Law Offices of Jaime Cowan, P. C.
3801 E. Florida Avenue, Ste. 400
Denver, CO 80210
E-Mail: jcdefense@gmail.com

Cole J. Woodward
Assistant Attorney General
Corrections & Law Enforcement Unit
1300 Broadway, 10th Floor
Denver, CO  80203
Email: cole.woodward@coag.gov

*s/Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin & Lowe, P.C.

4