IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01251-WJM-SKC

SHANNON LUCAS,

     Plaintiff,

v.

The BOARD OF COUNTY COMMISSIONERS OF THE COUNTY FOR LARIMER
COUNTY COLORADO;
LARIMER COUNTY COMMUNITY CORRECTIONS BOARD;
LARIMER COUNTY COMMUNITY CORRECTIONS;
TIM HAND, Director, Larimer County Community Corrections, in his individual and official
capacities;
DANA HERSCH, Assistant Director, Larimer County Community Corrections, in her individual
and official capacities;
MASON KOPP, Program Team Lead, Larimer County Community Corrections, in his individual
and official capacities;
ERIN CALDWELL, Program Team Lead, Larimer County Community Corrections, in her
individual and official capacities;
GWEN ASH, Case Manager, Larimer County Community Corrections, in her individual and
official capacities;
LAUREN HAND, Staff Member, Larimer County Community Corrections, in his individual and
official capacities,

     Defendants.

---

## MOTION TO WITHDRAW

---

     Daniel A. Jacobs, counsel for Defendants in the above-captioned matter, and pursuant to

D.C.COLO.LAttyR 5(b), hereby moves the court for an order withdrawing him as counsel, and as

grounds therefore, state as follows:

1.      Certificate of Conferral per D.C.COLO.LCivR 7.1:  There is no need to confer with Plaintiff on a motion that is brought under D.COLO.L.AttyR 5(b), which concerns the withdrawal of appearance. *See* D.C.COLO.LCivR 7.1(b).

2.      All Defendants currently are represented by David P. Goddard, Michael T. Lowe, and Daniel A. Jacobs of the law firm Bruno, Colin, & Lowe, P.C. The Board of County Commissioners of the County for Larimer County Colorado, the Larimer County Community Corrections Board, Larimer County Community Corrections, and the individual Defendants in their official capacities are currently also represented by David P. Ayraud of the Larimer County Attorney's Office.

3.      On December 31, 2021, Mr. Jacobs will conclude his employment at Bruno, Colin & Lowe, P.C.

4.      The Defendants will continue to be well-represented, upon the withdraw of Mr. Jacobs as their counsel, by their remaining counsel.

5.      The Defendants have been served with a copy of this motion and advised that they will continue to be represented by the other attorneys in the firm who will be responsible for complying with all court orders and time limitations established by applicable statutes and rules.

**WHEREFORE** Mr. Jacobs requests that the court enter an order permitting him to withdraw as counsel of record in this matter

DATED this 27th day of December, 2021.

*s/Daniel A. Jacobs*
Daniel A. Jacobs
David M. Goddard
Michael T. Lowe
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO  80202
Telephone: (303) 831-1099

E-mails:        djacobs@brunolawyers.com;
                dgoddard@brunolawyers.com;
                mlowe@brunolawyers.com
*Attorneys for the Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of December, 2021, a true and correct copy of the foregoing **MOTION TO WITHDRAW** was filed electronically via the CM/ECF system. Which will serve the following:

Jill M Jackson
Law Office of Jill M Jackson
3801 E Florida Avenue, Ste 400
Denver, CO 80210
E-mail: jill@jilljacksonlaw.com

Benjamin W. Hartford
The Law Office of Benjamin Hartford LLC
650 S. Cherry St., Suite 1225
Glendale, CO 80246
Email: bhartford@gmail.com

Jaime N. Cowan
The Law Offices of Jaime Cowan, P. C.
3801 E. Florida Avenue, Ste. 400
Denver, CO 80210
E-Mail: jcdefense@gmail.com

Cole J. Woodward
Assistant Attorney General
Corrections & Law Enforcement Unit
1300 Broadway, 10th Floor
Denver, CO  80203
Email: cole.woodward@coag.gov

Jeannine S. Haag
David P. Ayraud
224 Canyon Ave., Suite 200
P.O. Box 1606
Ft. Collins, CO 80522
Telephone: 970-498-7450
Email: jeanninehaag@larimer.org
          dayraud@larimer.org

*s/ Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin & Lowe, P.C.